UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

JUSTIN MCKENZIE,  )
  )
  *Plaintiff*,  ) Civil Action No. 14-320
  )
v.  )
  ) ORDER
  )
JOHN WETZEL, *et al.*,  )
  )
  *Defendants*.  )
_____)

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendants' Motion to Dismiss, Docket No. 11, is **GRANTED**.

(3) The Court *sua sponte* dismisses Plaintiff's claims against unnamed Defendants John Doe and Jane Doe pursuant to the Prison Litigation Reform Act.

(4) This case is **CLOSED**.

**IT IS SO ORDERED**.

DATED this 17th day of March, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE